IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOY ZELLA ECHOLS                                                                              PLAINTIFF

VS.                                                 CIVIL ACTION NO. 3:08CV115-DAS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                               DEFENDANT

## FINAL JUDGMENT

The parties in this case having consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit, it is, therefore,

**ORDERED** that consistent with the Memorandum Opinion issued this day, the decision of the Commissioner of Social Security, denying Joy Zella Echols' applications for benefits, is hereby **REVERSED AND REMANDED** for further proceedings.

THIS 29th day of October, 2009.

                                                         /s/ David A. Sanders
                                                         UNITED STATES MAGISTRATE JUDGE